UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENDRA MUNOZ,<br><br>    Plaintiff,<br><br>vs.<br><br>SELIG ENTERPRISES, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-3924-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of the Magistrate Judge's Final Report and Recommendation and the Defendant's Motion for Summary Judgment, and the court having **APPROVED** and **ADOPTED** said recommendation and **GRANTED** said motion, it is

**Ordered and Adjudged** that the Plaintiff takes nothing; the Defendant recover its costs of this action, and this action is hereby **DISMISSED.**

Dated at Atlanta, Georgia, this 20th day of September, 2018.

                  JAMES N. HATTEN
                  CLERK OF COURT


              By: _s/ B. Walker_____
                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 20, 2018
James N. Hatten
Clerk of Court

By: _s/ B. Walker_____
   Deputy Clerk